UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Charles D. Rhodes                :        Chapter 13
                                         :
                                         :
           Debtor                        :        No. 17-18492-amc


**PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM NO. 1 OF
SPECIALIZED LOAN SERVICING, LLC.**

TO THE CLERK:

Kindly withdraw Debtor, Charles D. Rhodes's objection to Proof of Claim Number 1 of

Specialized Loan Servicing, LLC. ("creditor") regarding the above matter.

**WATERMAN & MAYER, LLP.**

BY*:___/s/ Scott F. Waterman_____*
      Scott F. Waterman, Esquire
      Attorney for Debtor
Dated:  January 29, 2018      110 W. Front Street
      Media, PA  19063
      (610) 566-6177 Phone
      (610) 892-6991 Fax

1