Bankruptcy No. 17-18492          Adversary No. 18-6

CERTIFICATE OF SERVICE

I, Scott F. Waterman certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made  1-23-18  (date) by:

Certified Return Reciept Requested

(X) Mail service: ~~Regular, first-class~~ United States mail, postage pre-paid, addressed to:

Mr. Paul Ince, CEO
Citimortgage Inc.
4740 121st Street, Urbandale IA 63368-2240

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


( ) Residence Service: By leaving the process with the following adult at:


( ) Publication: The defendant was served as follows:[Describe briefly]


( ) State Law: The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]


Under penalty of perjury, I declare that the foregoing is true and correct.

____2/13/18____        _____[signature]_____
Date                          Signature

Print Name        Scott F. Waterman
Business Address    110 W. Front Street
City, State, Zip    Media PA 19063

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ⟨JH⟩  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery: 1-23-18 |
| 1. Article Addressed to:<br>Mr. Paul Ince CEO<br>Citimortgage Inc.<br>4740 121st Street<br>Urbandale IA  63368-2240 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3412 7227 8763 33 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 0190 0000 2850 6486 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

# EXHIBIT "A"