UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   Charles Rhodes                    :        Chapter 13
                                           :
          Debtor                           :        No. 17-18492-amc

**CERTIFICATION OF SERVICE OF DATE AND TIME OF**
**CONTINUED MEETING OF CREDITORS**

It is hereby certified, that on February 14, 2018, counsel for the debtor mailed via first class mail to debtor and all creditors on the Matrix a notice that the Meeting of Creditors for the above matter was continued until Wednesday, March 7, 2018 at 10:30 a.m. at 1234 Market Street, Suite 18-341, Philadelphia, PA 19107.

Respectfully submitted:

**WATERMAN & MAYER, LLP**

Dated: February 14, 2018          By:___*/s/ Scott F. Waterman*_____
                                  SCOTT F. WATERMAN, ESQUIRE
                                  Attorney for Debtor
                                  110 W. Front Street
                                  Media, PA  19063
                                  (610) 566-6177 Phone
                                  (610) 892-6991 Fax