**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Charles D. Rhodes | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | No. 17-18492-amc |

## <u>CERTIFICATION OF NO OBJECTION</u>

The undersigned counsel for the debtors hereby certifies that more than 20 days

have elapsed from the date of service of the Notice of filing of an Application for

Allowance of Counsel Fees and that no creditor or any other party in interest has served

upon counsel for debtor an answer, objection responsive pleading or request for hearing.

Counsel requests entry of an Order granting the said Application.


**WATERMAN & MAYER, LLP.**


**BY:**   /s/Scott F. Waterman
**Scott F. Waterman, Esquire**
110 W. Front Street
Media, PA 19063
(610)566-6177
(610)892-6991 (fax)

Date:  May 31, 2018