**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Charles D. Rhodes | : | Chapter 13 |
| | : | |
| Debtor | : | 17-18492-amc |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) and (a)(9)**

I, Scott F. Waterman, Esquire, attorney for the Debtor, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for June 19, 2018 in the above referenced case:

1. The above-named debtor is current with all post-petition obligations.

2. The above-named debtor is current with his payment of Domestic Support Obligations.

3. The above-named debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the Standing Trustee prior to any subsequent Confirmation hearing date.

Dated: June 14, 2018                By:___/s/ Scott F. Waterman_____
                                                    SCOTT F. WATERMAN, ESQUIRE