# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Charles D. Rhodes<br>　　　　　　　　　　Debtor(s) | |
| | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for Morgan Stanley Mortgage Loan Trust 2006-12XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　vs. | NO. 17-18492 amc |
| Charles D. Rhodes<br>　　　　　　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Specialized Loan Servicing LLC as servicer for Morgan Stanley Mortgage Loan Trust 2006-12XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee, which was filed with the Court on or about **December 28, 2017 ; Docket No. 09.**

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

June 18, 2018

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Charles D. Rhodes**<br>　　　　　　　　**Debtor(s)**<br><br>**Specialized Loan Servicing LLC, as servicer for Morgan Stanley Mortgage Loan Trust 2006-12XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee**<br>　　　　　　　　**Secured Creditor**<br>　　　　　**vs.**<br><br>**Charles D. Rhodes**<br>　　　　　　　　**Respondent(s)** | CHAPTER 13<br>BK. NO. 17-18492 amc |

## CERTIFICATION OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Praecipe to Withdraw the Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **June 18, 2018**.

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Scott F. Waterman
110 West Front Street
Media, PA 19063

Charles D. Rhodes
270 Cullen Road
Oxford, PA 19363

Date: June 18, 2018

　　　　　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　Attorney for Secured Creditor/Applicant