IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Charles D. Rhodes               :   Chapter 13
                    Debtor    :
                                        :
                                        :   No. 17-18492-amc

## ORDER

AND NOW, this __2nd__ day of __July__, 2018 upon application of SCOTT F. WATERMAN, ESQUIRE, counsel for the above-captioned Debtor, for Approval of Counsel Fees in the sum of $3,500.00, and costs in the amount of $390.00, and no objections or responsive pleading thereto having been filed, it is hereby ORDERED that the said Application is APPROVED.  The amount of $1,900.00 shall be paid from available funds by the Chapter 13 Trustee in accordance with the terms of the confirmed plan.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge