United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-18492-amc
Charles D Rhodes                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jul 02, 2018
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2018.
db             +Charles D Rhodes,    270 Cullen Road,    Oxford, PA 19363-1051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:
      JEROME B. BLANK    on behalf of Defendant    Citimortgage, Inc. paeb@fedphe.com
      KEVIN G. MCDONALD    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2006-12XS et al...
       bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2006-12XS et
       al... bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN    on behalf of Debtor Charles D Rhodes scottfwaterman@gmail.com,
       scottfwaterman@gmail.com
      SCOTT F. WATERMAN    on behalf of Plaintiff Charles D Rhodes scottfwaterman@gmail.com,
       scottfwaterman@gmail.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    CITIMORTGAGE, INC. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                                 TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Charles D. Rhodes           :   Chapter 13
        Debtor                  :
                                       :
                                       :   No. 17-18492-amc

## ORDER

AND NOW, this __2nd__ day of __July__, 2018 upon application of SCOTT F. WATERMAN, ESQUIRE, counsel for the above-captioned Debtor, for Approval of Counsel Fees in the sum of $3,500.00, and costs in the amount of $390.00, and no objections or responsive pleading thereto having been filed, it is hereby ORDERED that the said Application is APPROVED. The amount of $1,900.00 shall be paid from available funds by the Chapter 13 Trustee in accordance with the terms of the confirmed plan.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge