United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Charles D Rhodes  
Debtor

Case No. 17-18492-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Aug 03, 2021     Form ID: 138OBJ     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles D Rhodes, 270 Cullen Road, Oxford, PA 19363-1051 |
| 14055958 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14030079 | | Chester County Hospital, 701 E. Marshall Street, West Chester, PA 19380-4421 |
| 14030080 | + | Citadel Federal Creded Union, P>O. Box 147, Thorndale, PA 19372-0147 |
| 14030082 | | Citi Mortgage, P.O. Box 790001, Saint Louis, MO 63179-0001 |
| 14030083 | + | Dawn Hildenbrand, c/o PA SCDU, p.O. Box 69110, Harrisburg, PA 17106-9110 |
| 14030088 | + | Morgan Stanley Mortgage Loan Trust 2006-12XS, U.S., c/o Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 14030086 | + | Northland Group, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14030089 | + | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 14030090 | + | Trans Union, 212 South Market Street, Wichita, KS 67202-3804 |
| 14030091 | + | Transworld Systems, Inc., One Huntington Quadrangle, Suite 2S01, Melville, NY 11747-4438 |
| 14033237 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 03 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14052895 | + | Email/Text: bankruptcycollections@citadelbanking.com | Aug 03 2021 23:23:00 | Citadel Federal Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14030081 | + | Email/Text: bankruptcycollections@citadelbanking.com | Aug 03 2021 23:23:00 | Citadel Federal Credit Union, Po Box 147, Thorndale, PA 19372-0147 |
| 14057759 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:42 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 |
| 14030078 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 03 2021 23:33:45 | Chase Manhatton Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 14030085 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 03 2021 23:23:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14038783 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 03 2021 23:23:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |

| 14030084 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| --- | --- | --- | --- |
| | | Aug 03 2021 23:23:00 | Elan Financial Service, Po Box 790084, Saint Louis, MO 63179 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14030087 | ##+ | Scott F. Waterman, Esquire, 110 W. Front Street, Media, PA 19063-3208 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| JEROME B. BLANK | on behalf of Defendant Citimortgage Inc. paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2006-12XS et al... bkgroup@kmllawgroup.com |
| MICHAEL P. KELLY | on behalf of Debtor Charles D Rhodes mpkpc@aol.com r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2006-12XS et al... bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN | on behalf of Plaintiff Charles D Rhodes SWaterman@ReadingCh13.com scottfwaterman@gmail.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor CITIMORTGAGE INC. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Charles D Rhodes
    Debtor(s)

Case No: 17−18492−elf
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/3/21